**CLOSED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.: 2:20-cv-10848-JFW-SKx |
| Plaintiff, | |
| v. | **ORDER DISMISSAL WITH PREJUDICE** |
| RAYSACK HOLDING LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Raysack Holding LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  February 26, 2021

HON. JOHN F. WALTER
United States District Judge